EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 28 2002

at ____ o'clock and ____ min ___
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RONALD KEN YAMAUCHI,<br><br>  Defendant. | CR. NO. CR02 00361 DAE<br><br>INDICTMENT<br>[18 U.S.C. § 2113(a)] |

### INDICTMENT

The Grand Jury charges:

On or about July 25, 2002, in the District of Hawaii, defendant RONALD KEN YAMAUCHI, attempted to enter the American Savings Bank, a bank as defined in Title 18, United States Code, Section 2113(f) with the intent to commit in such bank a felony affecting such bank, that is obtaining by force, violence, and intimidation property, money, and other things of value

belonging to and in the care, custody, management and possession of American Savings Bank.

In violation of Title 18, United States Code, Section 2113(a).

DATED: 8/28, 2002, Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

United States v. Ronald Ken Yamauchi
Cr. No._____
"Indictment"