PROB 34
(1/92)

ORIGINAL

Report and Order Terminating Probation/
Supervised Release

## United States District Court

### FOR THE

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 24 2008

at _9_ o'clock and _30_ min _A_ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                                          Criminal No. CR 02-00361DAE-01

RONALD KEN YAMAUCHI


It appearing that the above named has complied with the conditions of supervised release imposed

by the Order of the Court heretofore made and entered in this case and that the period of supervised release

expired on 6/20/2008, I therefore recommend that the defendant be discharged from supervised release and

that the proceedings in the case be terminated.


Respectfully submitted,


JONATHAN K. SKEDELESKI
U.S. Probation Officer


### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release

and that the proceedings in the case be terminated.

Dated this 22nd day of July, 2008.


DAVID ALAN EZRA
U.S. District Judge